**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LEONARD MAZZOLA,** | ) | **CASE NO:   1:19-cv-02519** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| **v.** | ) | **STIPULATED MOTION FOR** |
| | ) | **DEFENDANTS ANTHONY** |
| **ANTHONY TOGLIATTI, et al.,** | ) | **TOGLIATTI, MICHAEL KILBANE,** |
| | ) | **GREGORY O'BRIEN AND CITY OF** |
| **Defendants.** | ) | **INDEPENDENCE FOR LEAVE TO** |
| | ) | **PLEAD** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants Anthony Togliatti, Michael Kilbane, Gregory O'Brien, and the City of Independence respectfully request an additional seven (7) days, until and including February 7, 2020, to answer or otherwise respond to the Plaintiff's First Amended and Supplemental Complaint.  Defendants and their defense counsel submit that a seven (7) day extension is necessary to investigate Plaintiff's new claims and additional allegations and to prepare an appropriate pleading. Defendants state that the short extension of time will not delay this case, as the parties have already begun engaging in written discovery and no case schedule has been set at this time.

In addition, Plaintiff's counsel, Ashlie Sletvold, has given her approval for a seven (7) day extension.  Defendants thus respectfully request through and including February 7, 2020 to answer or respond to Plaintiff's First Amended and Supplemental Complaint.

1

Respectfully submitted,


/s/ Ashlie Case Sletvold (per email consent)      /s/ Maia E. Jerin

**ASHLIOE CASE SLETVOLD(0079477)**      **MONICA A. SANSALONE (0065143)**
**SUBODH CHANDRA (0069233)**      **STEVEN D. STRANG (0085444)**
**BRIAN BARDWELL (0098423)**      **MAIA E. JERIN (0092403)**
The Chandra Law Building      Gallagher Sharp LLP
1265 W. 6th St., Ste. 400      Sixth Floor Bulkley Building
Cleveland, OH 44113-1326      1501 Euclid Avenue
(216) 578-1700 Telephone      Cleveland, OH 44115
(216) 578-1800 Facsimile      (216) 241-5310 Telephone
E-Mail:  Ashlie.Sletvold@ChandraLaw.com      (216) 241-1608 Facsimile
        Subodh.Chandra@ChandraLaw.com      E-Mail:  msansalone@gallaghersharp.com
        Brian.Bardwell@ChandraLaw.com         sstrang@gallaghersharp.com
*Counsel for Plaintiff Leonard Mazzola*         mjerin@gallaghersharp.com
     *Counsel for Defendants*


## CERTIFICATE OF SERVICE

        I hereby certify that on the 30th day of January, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic system. Parties may access this filing through the Court's system.


               /s/Maia E. Jerin
               **MONICA A. SANSALONE (0065143)**
               **STEVEN D. STRANG (0085444)**
               **MAIA E. JERIN (0092403)**
               *Counsel for Defendants*