# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LEONARD MAZZOLA**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **ANTHONY TOGLIATTI**, *et al.* <br><br> *Defendants.* | Case No. 1:19-cv-02519 <br><br> Judge James S. Gwin <br><br> Magistrate Judge David A. Ruiz |
| **REPORT OF THE PARTIES' PLANNING MEETING UNDER** <br> **FED. R. CIV. P. 26(F) AND L.R. 16.3(B)(3)** | |

1. Under Fed. R. Civ. P. 26(f) and L.P. 16.3(b)(3), a meeting was held on February 10, 2020 and was attended by Ashlie Case Sletvold for Plaintiff and Maia E. Jerin and Steven D. Strang for Defendants.

2. The parties will exchange initial disclosures by **February 20, 2020**.

3. The parties recommend the standard track.

4. The parties do not view this case as suitable for ADR.

5. The parties do not consent to the magistrate judge's jurisdiction.

6. Recommended discovery plan:

    a. The parties will conduct discovery on the claims and defenses in the pleadings.

    b. The parties have agreed to follow the default standard for discovery of ESI (Appendix K).

    c. Proposed case schedule:

        i. Fact-discovery cut-off date: **May 21, 2020**

        ii. Plaintiff's expert report(s): **June 3, 2020**

        iii. Defendants' expert report(s): **July 31, 2020**

        iv. Expert depositions: **August 31, 2020**

7. Recommended dispositive motion date: **September 14, 2020**

8. Recommended cut-off for amending pleadings and/or adding parties: **March 20, 2020.**

9. Recommended date for status hearing: **May 7, 2020**.

10. No other matters for the attention of the Court at this time.

Dated: February 12, 2020 Respectfully submitted,

| | |
|---|---|
| */s/Ashlie Case Sletvold* | */s/Steven D. Strang [per consent]* |
| Ashlie Case Sletvold (0079477) | Monica A. Sansalone (0065143) |
| Subodh Chandra (0069233) | Steven D. Strang (0085444) |
| Brian Bardwell (0098423) | Maia E. Jerin (0092403) |
| THE CHANDRA LAW FIRM LLC | Gallagher Sharp LLP |
| The Chandra Law Building | Sixth Floor Bulkley Building |
| 1265 W. 6th St., Ste. 400 | 1501 Euclid Avenue |
| Cleveland, OH 44113 | Cleveland, OH 44115 |
| 216.578.1700 Phone | 216.241.5310 Phone |
| 216.578.1800 Fax | 216.241.1608 Fax |
| Ashlie.Sletvold@ChandraLaw.com | msansalone@gallaghersharp.com |
| Subodh.Chandra@ChandraLaw.com | sstrang@gallaghersharp.com |
| Brian.Bardwell@ChandraLaw.com | mjerin@gallaghersharp.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |