MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Date: | 5/1/2020 |
| Judge: | James S. Gwin |
| Case No.: | 1:19-cv-02519 |
| Court Reporter: | None |

LEONARD MAZZOLA,            )
                            )
    Plaintiff,              )
                            )
vs.                         )
                            )
ANTHONY TOGLIATTI, ET AL.,  )
                            )
    Defendant.              )

MATTERS CONSIDERED: Status conference held.

TOTAL TIME: 1 hour

                                                          s/     Kayla Sartschev
                                                          Courtroom Deputy Clerk