# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LEONARD MAZZOLA**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **ANTHONY TOGLIATTI**, *et al.* <br><br> *Defendants.* | Case No. 1:19-CV-02519 <br><br> Judge James S. Gwin <br><br> Magistrate Judge David A. Ruiz |

## NOTICE OF WITHDRAWAL OF COUNSEL

Under N.D. Ohio L.R. 83.9, Ashlie Case Sletvold respectfully gives notice of her withdrawal as counsel for Plaintiff Leonard Mazzola. She is departing from the Chandra Law Firm LLC to become the managing partner of Peiffer Wolf Carr Kane & Conway, APLC's Cleveland office. Subodh Chandra, Jessica S. Savoie, and Brian Bardwell will continue to represent Plaintiff following Ms. Sletvold's withdrawal. Mr. Chandra will serve as lead counsel. Plaintiff consents to her withdrawal and requests that the Court direct the Clerk to remove Ms. Sletvold from the CM/ECF list in this matter.

Dated: May 8, 2020                    Respectfully submitted,

                                      */s/Ashlie Case Sletvold*
                                      Ashlie Case Sletvold (0079477)
                                      Subodh Chandra (0069233)
                                      Jessica S. Savoie (LA33378)[1]
                                      Brian Bardwell (0098423)
                                      THE CHANDRA LAW FIRM LLC
                                      The Chandra Law Building
                                      1265 West Sixth Street, Suite 400
                                      Cleveland, Ohio 44113
                                      216.578.1700 (p) / 216.578.1800 (f)
                                      Ashlie.Sletvold@ChandraLaw.com
                                      Subodh.Chandra@ChandraLaw.com
                                      Jessica.Savoie@ChandraLaw.com
                                      Brian.Bardwell@ChandraLaw.com

                                      *Attorneys for Plaintiff Leonard Mazzola*

---

[1] Ms. Savoie is admitted to practice in this Court. She is licensed to practice in Louisiana and certified to practice pending admission in Ohio. (Practice temporarily authorized pending admission under Gov. Bar R. I., Sec. 19. Ohio Attorney Registration No. 0099330).