IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **LEONARD MAZZOLA** *Plaintiff*, vs. **ANTHONY TOGLIATTI,** *ET AL.* *Defendants*. | Case No. 1:19-cv-02519<br><br>Judge James S. Gwin<br><br>Magistrate Judge David A. Ruiz |
| **PLAINTIFF MAZZOLA'S OPPOSITION TO DEFENDANTS' MOTION FOR ADDITIONAL DISCOVERY AND PLEADING** ||

    Plaintiff Leonard Mazzola respectfully incorporates by reference the portion of his reply in further support of the motion for quash and protective order responding to and opposing the motion for additional discovery and pleading Defendants Gregory O'Brien, Michael Kilbane, and the City of Independence incorporated into their opposition to Plaintiff Mazzola's motion to quash (Doc. #94). The portions of Plaintiff Mazzola's reply specifically addressing these Defendants' incorporated motion may be found at pp. 1, 9–10 of Doc. #97.

Dated: September 25, 2020           Respectfully submitted,

                                             */s/ Jessica S. Savoie*
                                             Subodh Chandra (0069233)
                                             Jessica S. Savoie (LA33378[1])
                                             Brian Bardwell (0098423)
                                             THE CHANDRA LAW FIRM LLC
                                             The Chandra Law Building
                                             1265 W. 6th St., Suite 400
                                             Cleveland, OH 44113-1326
                                             216.578.1700 Phone/216.578.1800 Fax
                                             Subodh.Chandra@ChandraLaw.com
                                             Jessica.Savoie@ChandraLaw.com
                                             Brian.Bardwell@ChandraLaw.com

                                             *Attorneys for Plaintiff Leonard Mazzola*

---

[1] Ms. Savoie is admitted to practice in this Court. She is licensed to practice in Louisiana and certified to practice pending admission in Ohio. (Practice temporarily authorized pending admission under Gov. Bar R. I, Sec. 19. Ohio Attorney Registration #0099330.)