IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **LEONARD MAZZOLA**, <br> *Plaintiff,* <br> vs. <br> **ANTHONY TOGLIATTI**, *et al.* <br> *Defendants.* | Case No. 1:19-CV-02519 <br><br> Judge J. Philip Calabrese |
| **PARTIES' STIPULATED NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(A)(1)(A)** ||

The matter having been resolved, the parties respectfully stipulate that this case is dismissed under Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice, with the parties to bear their own fees and costs.

Dated: June 10, 2022

/s/Subodh Chandra
Subodh Chandra (0069233)
Donald P. Screen (0044070)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 West Sixth Street, Suite 400
Cleveland, Ohio 44113
216.578.1700 (p) / 216.578.1800 (f)
Subodh.Chandra@ChandraLaw.com
Donald.Screen@ChandraLaw.com

*Attorneys for Plaintiff Leonard Mazzola*

Respectfully submitted,

/s/Maia E. Jerin
MONICA A. SANSALONE (0065143)
MAIA E. JERIN (0092403)
RICHARD C.O. REZIE (0071321)
Gallagher Sharp LLP
1215 Superior Avenue, 7th Floor
Cleveland, Ohio 44114
Ph. (216) 241-5310; Fax (216) 241-1608
msansalone@gallaghersharp.com;
mjerin@gallaghersharp.com;
rrezie@gallaghersharp.com

*Counsel for Defendants City of Independence, Michael Kilbane, and Gregory O'Brien*

/s/John T. McLandrich
JOHN T. MCLANDRICH (0021494)
TERENCE L. WILLIAMS (0081363)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: jmclandrich@mrrlaw.com
twilliams@mrrlaw.com

*Counsel for Defendant Anthony Togliatti*